**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ELIZABETH SUE SANDERS,** | : | |
| | : | **Case No. 2:16-cv-1014** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **Magistrate Judge Deavers** |
| **COMMISSIONER OF SOCIAL** | : | |
| **SECURITY,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's February 16, 2017, **Report and Recommendation** (ECF No. 26), which recommended that Plaintiff's Statement of Errors be overruled, and that the Commissioner's decision be affirmed.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (*Id.* at 40.) The parties have failed to file any objections, and the deadline for objections (March 2, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The Statement of Errors is **OVERRULED** and the Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

_____*s/ Algenon L. Marbley*_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: March 6, 2018**